◼ In the Matter of OMAR D. WILLIAMS, Petitioner, v PHILIP COOMBE, JR., as Acting Commissioner of New York State

Department of Correctional Services, Respondent. [648 NYS2d 360] —Determination unanimously confirmed without costs and petition dismissed (*see, Matter of Hawkins v Coombe,* 225 AD2d 1095). (CPLR art 78 Proceeding Transferred by Order of Supreme Court, Wyoming County, Dadd, J.) Present—Green, J. P., Pine, Wesley, Davis and Boehm, JJ.